UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60455-CV-DIMITROULEAS

**Rene David Alarcon-Gozalez**,

     Petitioner,

v.

**Warden, Broward Transitional Center FDC, et. al.,**

     Respondents.

_____/

### ORDER REQUIRING REPLY FROM PETITIONER

**THIS CAUSE** is before the Court on Petitioner **Rene David Alarcon-Gozalez** ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed February 19, 2026. The Court has considered the Petition [DE 1] and the Response and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner shall file a reply on or before March 4, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov