UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60455-CV-DIMITROULEAS

RENE DAVID ALARCON-GONZALEZ,

     Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER FDC, et. al.

     Respondents.

_____/

## ORDER DENYING MOTION FOR ASSISTANCE WITH BAIL

**THIS CAUSE** is before the Court on Petitioner RENE DAVID ALARCON-GONZALEZ ("Petitioner")'s Motion for Assistance with Bail, filed April 1, 2026. [DE 11]. The Court has considered the Motion and is otherwise fully advised in the premises.

The Court treats the Motion as one for reconsideration of the Court's prior Order Denying Petition for Writ of Habeas Corpus [DE 10]. Petitioner has not raised new legal grounds or presented evidence that would alter the Court's prior determination. *See* [DE 10].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion for Assistance with Bail [DE 11] is **DENIED**;

2. This case remains closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov